NICOLA T. HANNA, United States Attorney
David M. Harris, AUSA, Chief, Civil Division
Brendan T. Mockler, AUSA, Chief, Financial Litigation
Robert I. Lester, AUSA (CBN 116429)
300 N. Los Angeles St., Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>VINCENT RABIOLA,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 99-0188-MMM-4<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. NOTICE OF UNITED STATES RE SUBSTITUTION OF VICTIM; EXHIBIT [FILED UNDER SEAL]; and
2. Proposed ORDER RE SUBSTITUTION OF VICTIM [FILED UNDER SEAL]

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 7, 2020
_____
Date

/s/ Robert I. Lester
_____
Attorney Name

Plaintiff United States of America
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*